FILED

07/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0243

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

**Supreme Court Cause No. DA 23-0243**

| | |
|---|---|
| IN RE THE PARENTING OF: <br><br> L.O.H., <br><br> A Minor Child <br><br> CHELSEY S. DREW, <br><br> Petitioner and Appellee, <br> v. <br><br> CHAZ M. HYLAND, <br><br> Respondent and Appellant. | ORDER GRANTING EXTENSION |

THIS MATTER came before the Court upon the Stipulation to Extend Briefing Schedule filed herein by Appellee. Finding that the parties have stipulated to a filing extension, the Court hereby orders that Appellee's brief shall be filed on or before August 29, 2023.

No further extensions will be granted.

DATED AND SIGNED ELECTRONICALLY BELOW.

CC: Christopher J. Gillette/Attorney for Petitioner
Peter Tomaryn/Attorney for Respondent

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 20 2023